*Send*

FILED
CLERK, U.S. DISTRICT COURT
FEB 16 2010
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> Jose Antonio Reyes-Garcia ) <br> ) <br> Defendant. ) | Case No. 10-305 <br><br> ORDER OF DETENTION AFTER HEARING <br> (Fed.R.Crim.P. 32.1(a)(6) <br> 18 U.S.C. § 3143(a) <br> Allegations of Violations of <br> Probation/Supervised Release <br> Conditions) |

On arrest warrant issued by the United States District Court for the District Arizona involving alleged violations of conditions of probation/supervised release:

1. The court finds that no condition or combination of conditions will reasonably assure:

    A. (✓) the appearance of defendant as required; and/or

    B. (✓) the safety of any person or the community.

///
///
///
///
///
///

```
 1      2.  The Court concludes:
 2          A.  (✓) Defendant has failed to demonstrate by clear and
 3              convincing evidence that he is not likely to pose
 4              a risk to the safety of any other persons or the
 5              community.  Defendant poses a risk to the safety
 6              of other persons or the community based on:
 7              _____criminal history_____
 8              _____
 9              _____
10              _____
11              _____
12          B.  (✓) Defendant has failed to demonstrate by clear and
13              convincing evidence that he is not likely to flee
14              if released.  Defendant poses a flight risk based
15              on: _____unfit conyout stops._____
16              _____
17              _____
18              _____
19              _____
20
21      IT IS ORDERED that defendant be detained.
22
23      DATED:   2/16/10
24
25                              _____
                                HONORABLE JACQUELINE CHOOLJIAN
26                              United States Magistrate Judge
27
28
```

2